UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MANSFIELD R. BROWN,<br><br>           Plaintiff,<br><br>v.<br><br>STEPHEN MAYBERG, et al.,<br><br>           Defendants. | Case No. 1:07-cv-00849-BLW<br>(severed from 1:06-cv-1801-BLW-LMB)<br><br>**ORDER** |

On February 12, 2013, the Court issued an order in Allen v. Mayberg, 1:06-cv-BLW-LMB (Dkt. 126), that this case be severed and that Plaintiff Mansfield Brown file a notice that he intended to represent himself pro se and proceed in this matter, within 21 days after entry of that Order (March 5, 2013). That date has since passed, and Plaintiff has not indicated that he wishes to represent himself or proceed. Accordingly, **IT IS ORDERED** that this case is DISMISSED without prejudice.

DATED:  **April 3, 2013**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

ORDER - 1